UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 5 2015

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. **M-15-1262** |
| | § | |
| DANIEL MIGUEL SALINAS | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about July 18, 2013, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### DANIEL MIGUEL SALINAS

did knowingly possess material, that contained multiple images and videos of child pornography that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and which were produced using materials which had been mailed, shipped, and transported in or affecting interstate and foreign commerce, by any means, including by computer, more specifically: the defendant possessed a Compaq Desktop Computer containing one Hitachi 500GB hard drive, a Western Digital 320GB USB hard drive, a Western Digital 1TB USB hard drive, and an Ipad which contained videos and still images of child pornography.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2256.

## NOTICE OF FORFEITURE

### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives notice to the defendant,

### DANIEL MIGUEL SALINAS

that in the event of conviction for the offense charged in the Indictment, the following is subject to forfeiture:

(1) all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in the Indictment; and

(2) all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in the Indictment, or any property traceable to such property, including, but not limited to, the following:

A. A Compaq Desktop Computer containing one Hitachi 500GB hard drive;

B. A Western Digital 320GB USB hard drive;

C. A Western Digital 1TB USB hard drive; and

D. An Ipad

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*[signature]*

ASSISTANT UNITED STATES ATTORNEY